BEFORE THE FIRST DIVISION, FEBRUARY 2, 1956

No. 59702.—H. S. Import Co., Inc. *v.* United States, protest 248692–K (New York).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise consists of opaque white glass stones of different sizes and shapes, faceted, similar in all material respects to those the subject of Abstract 59105, the claim of the plaintiff was sustained.